Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65593.**—Andrew Fisher Cycle Co., Inc. *v.* United States, protests 61/2013, 61/2039, and 61/2043 (Baltimore).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65594.**—Gehrig, Hoban & Co., Inc. *v.* United States, protests 60/11592 and 60/15458 (New York).

Opinion by LAWRENCE, J.   From a review of the record in these cases, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector.  The protests were, therefore, overruled.

**No. 65595.**—S. Stern, Henry & Co. *v.* United States, protest 60/15423(A) (New York).

Opinion by LAWRENCE, J.   From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector.  The protest was, therefore, overruled.

**No. 65596.**—Hensel, Bruckmann & Lorbacher, Inc. *v.* United States, protest 60/23197(A) (New York).

Opinion by LAWRENCE, J.   From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector.  The protest was, therefore, overruled.